UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA DEMOCRATIC PARTY, et. al, , ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 1:05-cv-634-SEB-VSS |
| vs. ) | |
| ) | |
| TODD ROKITA, et. al., ) | |
| ) | |
| Defendants. ) | |

### ORDER ON LEAGUE OF WOMEN VOTERS' MOTION FOR PERMISSIVE INTERVENTION

The Court, having considered the Motion to Intervene filed by the League of Women Voters of Indiana and the League of Women Voters of Indianapolis, DENIES said Motion. The Court does, however, grant the League of Women Voters of Indiana and the League of Women Voters of Indianapolis leave to appear as Amicus Curiae and file an amicus brief pursuant to the previously established case management dates and deadlines.

IT IS SO ORDERED.

Date: 10/25/2005

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Kenneth J. Falk
INDIANA CIVIL LIBERTIES UNION
ken.falk@iclu.org

Thomas M. Fisher
INDIANA STATE ATTORNEY GENERAL
tfisher@atg.state.in.us

William R. Groth
FILLENWARTH DENNERLINE GROTH & TOWE
wgroth@fdgtlaborlaw.com

Karen Celestino Horseman
khorseman@sbcglobal.net

Geoffrey S. Lohman
FILLENWARTH DENNERLINE GROTH & TOWE
glohman@fdgtlaborlaw.com

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com

James B. Osborn
OFFICE OF CORPORATION COUNSEL
josborn@indygov.org

Douglas J. Webber
INDIANA STATE ATTORNEY GENERAL
dwebber@atg.state.in.us