UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA DEMOCRATIC PARTY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> )     1:05-CV-0634-SEB-VSS <br> TODD ROKITA, et al., ) <br> ) <br> Defendants. ) | |

## **JUDGMENT**

Pursuant to the Court's entry of this date, final judgment is entered in favor of Defendants and against Plaintiffs. Each party to bear its own costs. IT IS SO ORDERED.

Date: _____

Copy to:

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Thomas M. Fisher
INDIANA STATE ATTORNEY GENERAL
Tom.Fisher@atg.in.gov

William R. Groth
FILLENWARTH DENNERLINE GROTH & TOWE
wgroth@fdgtlaborlaw.com

Karen Celestino Horseman
khorseman@sbcglobal.net

Geoffrey S. Lohman
FILLENWARTH DENNERLINE GROTH & TOWE
glohman@fdgtlaborlaw.com

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com

James B. Osborn
OFFICE OF CORPORATION COUNSEL
josborn@indygov.org

Douglas J. Webber
INDIANA STATE ATTORNEY GENERAL
dwebber@atg.state.in.us